UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROFESSIONAL SPORT SERVICE FI OY<br><br>Petitioner<br><br>v.<br><br>PUCK AGENCY, LLC, *and* JMG SPORTS AGENCY, INC.<br><br>Respondents. | Civil Action<br><br>HON. KENNETH M. KARAS, U.S.D.J.<br><br>Case No: 24 -cv-02022-KMK<br><br>**ORDER** |

KENNETH M. KARAS, District Judge: On March 19, 2024 Petitioner filed a petition to confirm an arbitration award. *See* Dkt. No. 6. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials including but not limited to a Notice of Motion, Supporting Affidavit and Exhibits and Proposed form of Judgment, with which it intends to support its petition to confirm, by April 19, 2024. Respondent's opposition, if any, is due on May 3, 2024. Petitioner's reply, if any, is due May 10, 2024.

Petitioner shall serve the Petition and all supporting papers, including but not limited to a Notice of Motion, Affidavit and Exhibits and Proposed form of Judgment, as well as this Order, upon Respondents via personal process service upon Puck Agency LLC, care of c/o Corporation Service Company, 251 Litte Falls Drive, Wilmington, DE 19808, who is the Registered Agent for Respondent Puck Agency LLC, and via personal process service upon the Respondent JMG Sports Agency Inc. care of c/o New York Secretary of State, New York Department of State's Office, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, who is the Registered Agent

1

for JMG Sports Agency Inc., no later than April 19, 2024. and shall file an affidavit of such service with the court no later than April 23, 2024.

    SO ORDERED.

Dated: March, __22__, 2024
White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge